UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
THOMAS SALVADOR MARTINO,

    Debtor,
_____/

SAVANNAH CAPITAL, LLC,

    Appellant,

v.                                   Case No. 8:16-cv-2105-T-33
                                        Bankr. No. 8:14-bk-13452-KRM
                                        Adversary 8:15-ap-418-KRM

THOMAS SALVADOR MARTINO,

    Appellee.
_____/

**ORDER**

This cause comes before the Court pursuant to Appellee Thomas Salvador Martino's Motion to Consolidate Appeals (Doc. # 2), filed on August 12, 2016. Appellant Savannah Capital, LLC filed its response on August 19, 2016, which indicates that Savannah Capital does not object to the Motion. (Doc. # 3). Upon due consideration, the Court determines this appeal, Case No. 16-cv-2105 (the "**Appeal**"), and the second-filed appeal, Case No. 16-cv-2151 (the "**Second-Filed Appeal**"), involve common questions of law and fact such that consolidation is appropriate pursuant to Federal Rule of

Civil Procedure 42(a)(2). By separate order, the Court will direct the Clerk of Court to administratively close the Second-Filed Appeal.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Appellee Thomas Salvador Martino's Motion to Consolidate Appeals (Doc. # 2) is **GRANTED.**

(2) The Clerk of Court is directed to **CONSOLIDATE** the Appeal and Second-Filed Appeal.

(3) The parties are directed to make all future filings in the Appeal. To the extent that the parties wish for the Court to consider any materials filed in the Second-Filed Appeal, the parties are directed to re-file any such materials in the Appeal.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of September, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE